No. 2019. CARRERA, APPELLEE, *v.* MARRERO, APPELLANT.—Debt. Mayagüez. June 23, 1919. *Affirmed* for the reasons stated in *Carrera v. Marrero, ante,* p. 507.

---

No. 1148. PEOPLE, APPELLEE, *v.* GARCÍA, APPELLANT.—Aggravated assault and battery. San Juan, Section 2. June 27, 1919. *Appeal withdrawn.*

---

No. 2027. POLÁ, APPELLANT, *v.* LUNA, APPELLEE.—Unlawful detainer. Ponce. July 7, 1919. *Affirmed.*

---

No. 2022. BOCANEGRA, APPELLEE, *v.* BOCANEGRA, APPELLANT.—Divorce. (Change of venue.) Humacao. July 8, 1919. *Affirmed.*

---

No. 1413. PEOPLE, APPELLEE, *v.* FIGUEROA, APPELLANT.—False representation. Aguadilla. July 8, 1919. *Affirmed.*

---

No. 2040. ABAD ET AL., APPELLANTS, *v.* SUCCESSION OF P. DE LA CRUZ, APPELLEE.—Partition of inheritance. San Juan, Section 1. July 10, 1919. *Appeal withdrawn.*

---

No. 1993. UNITED STATES PAPER GOODS CO., APPELLEE, *v.* MARTÍNEZ & MORALES, APPELLANTS.—Damages. San Juan, Section 1. July 10, 1919. *Dismissed.*

---

No. 237. DELGADO, PETITIONER, *v.* CUEVAS ZEQUEIRA, DISTRICT JUDGE, RESPONDENT.—Certiorari. July 10, 1919.—*Writ discharged.*

---

No. 1360. PEOPLE, APPELLANT, *v.* SIERRA, APPELLEE.—Libel. San Juan, Section 2. July 10, 1919. *Affirmed.*